ROBERT D. WILSON (SBN 136736)
Deputy Secretary and Chief Counsel
California Department of Veterans Affairs
1227 "O" Street, Room 306
Sacramento, California 95814
Telephone: (916) 653-2539
Facsimile: (916) 653-2454

Attorney for Creditor
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In the Matter of<br><br>CHARLES DENIS DOWNIE and<br>LYDIA DOWNIE,<br><br>Debtors. | Case No. 10-11995<br>Chapter 13<br><br>CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS' WITHDRAWAL OF OPPOSITION TO DEBTORS' MOTION TO AVOID LIEN WITH CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS<br><br>Date: December 20, 2010<br>Time: 10:00 a.m.<br>Place: 99 E Street, Santa Rosa, CA<br>Judge: Honorable Alan Jaroslovsky<br><br>Petition Filed: May 26, 2010 |

On or about September 17, 2010, Debtors filed and served a motion for an order determining the value of their home and for an order avoiding the California Department of Veterans Affairs' (CDVA) home improvement lien. The CDVA initially opposed the motions on the ground that the market value of the debtor's home was high enough to secure the CDVA's home improvement loan. At the October 18, 2010 hearing, the Court continued the matters to December 20, 2010 for an evidentiary hearing.

On November 3, 2010, the Subject Property (real property located at 10133 Fairway Drive, Kelseyville, California 95451) appraised at $120,000. See Declaration of Leslie Puppo filed

-1-

Case: 10-11995   Doc# 36   Filed: 11/29/10   Entered: 11/29/10 18:30:22   Page 1 of 2

concurrently herewith. Inasmuch as the appraised value is not high enough to secure its Home Improvement loan (Loan No. 970512), the CDVA hereby withdraws its opposition to Debtors' Motion to avoid that lien with the CDVA.

Dated: November 29, 2010    Respectfully submitted,

ROBERT D. WILSON
Deputy Secretary and Chief Counsel
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS

By    /s/ Robert D. Wilson
ROBERT D. WILSON
Attorney for California Department of Veterans Affairs

-2-

WITHDRAWAL OF OPPOSITION TO DEBTORS' MOTION TO AVOID LIEN
WITH CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS
Case No. 10-11995

Case: 10-11995    Doc# 36    Filed: 11/29/10    Entered: 11/29/10 18:30:22    Page 2 of 2