ROBERT D. WILSON (SBN 136736)
Deputy Secretary and Chief Counsel
California Department of Veterans Affairs
1227 "O" Street, Room 306
Sacramento, California 95814
Telephone: (916) 653-2539
Facsimile: (916) 653-2454

Attorney for Creditor
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In the Matter of | Case No. 10-11995 |
|---|---|
| CHARLES DENIS DOWNIE and LYDIA DOWNIE, | Chapter 13 |
| Debtors. | CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS' OBJECTION TO AMENDED CHAPTER 13 PLAN OF JULY 22, 2010 |
| | Date: December 20, 2010<br>Time: 10:00 a.m.<br>Place: 99 E Street, Santa Rosa, CA<br>Judge: Honorable Alan Jaroslovsky |
| | Petition Filed: May 26, 2010 |

The California Department of Veterans Affairs (CDVA) hereby objects to the confirmation of Debtors' Amended Chapter 13 Plan of July 22, 2010:

**INTRODUCTION**

On or about July 22, 2010, Debtors submitted an Amended Chapter 13 Plan in which they listed the CDVA as having two liens secured by the real property located at 10133 Fairway Drive, Kelseyville, California 95451 (Subject Property). One is the CalVet loan used to purchase the Subject Property, loan no. 934328, and the other is a home improvement loan, loan no. 970512.

Since the submission of the July 22, 2010 Amended Plan, three events have occurred which now invalidate the Plan: (1) Whereas the Amended Chapter 13 Plan of July 22, 2010 reflects the

-1-

CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS' OBJECTION
TO AMENDED CHAPTER 13 PLAN OF JULY 22, 2010
Case No. 10-11995

Case: 10-11995   Doc# 37   Filed: 11/29/10   Entered: 11/29/10 18:35:17   Page 1 of 2

Debtors' "intent" to strip a lien held by American General Finance Company, there is no indication they have actually done so. Upon information and belief, they have in fact reached an agreement with American General to pay its lien in full; (2) On November 3, 2010 the Subject Property appraised at $120,000 (See Declaration of Lesie A. Puppo filed concurrently herewith); and (3) the CDVA has withdrawn its opposition to Debtors' motion to strip the CDVA's home improvement loan. In short, the July 22, 2010 Amended Plan no longer reflects the true character of the liens that once were thought to be secured by the Subject Property.

## OBJECTION TO PLAN

Rule 3015-1(b) (4) of the Local Rules of Practice provides that late-filed objections will be considered if they are made prior to plan confirmation when the objecting party acted diligently. Here, the CDVA acted diligently because the true character of any loan secured by the Subject Property could not be known until the Subject Property was appraised and that did not happen until November 3, 2010.

If the CDVA's home improvement lien is stripped, then the Amended Chapter 13 Plan of July 22, 2010 is invalid because the Plan characterizes that loan as a secured loan. Moreover, the appraised value confirms that American General's lien is unsecured. If approval of the Amended Chapter 13 Plan of July 22, 2010 allows American General to be paid in full when other unsecured creditors are not, the Plan improperly favors one unsecured creditor over others.

The CDVA respectfully objects to the Amended Chapter 13 Plan of July 22, 2010. Debtors should be required to submit an amended plan based upon the true value of the Subject Property.

Dated: November 29, 2010    Respectfully submitted,

ROBERT D. WILSON
Deputy Secretary and Chief Counsel
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS


By_____/s/ Robert D. Wilson_____
ROBERT D. WILSON
Attorney for California Department of Veterans Affairs

-2-