ROBERT D. WILSON (SBN 136736)
Deputy Secretary and Chief Counsel
California Department of Veterans Affairs
1227 "O" Street, Room 306
Sacramento, California 95814
Telephone: (916) 653-2539
Facsimile: (916) 653-2454

Attorney for Creditor
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In the Matter of<br><br>CHARLES DENIS DOWNIE and<br>LYDIA DOWNIE,<br><br>Debtors. | Case No. 10-11995<br>Chapter 13<br><br>DECLARATION OF LESLIE A. PUPPO RE APPRAISAL OF PROPERTY LOCATED AT 10133 FAIRWAY DRIVE, KELSEYVILLE, CA.<br><br>Date: December 20, 2010<br>Time: 10:00 a.m.<br>Place: 99 E Street, Santa Rosa, CA<br>Judge: Honorable Alan Jaroslovsky<br><br>Petition Filed: May 26, 2010 |

I, LESLIE PUPPO, declare as follows:

1. I am a professional real estate appraiser licensed to do business in the State of California by the California Business, Transportation & Housing Agency, Office of Real Estate Appraisers. My license number is AR027616. The license that was current at the time I appraised the residential property located at 10133 Fairway Drive, Kelseyville, CA. (Subject Property) was issued on November 22, 2008. It expired on November 21, 2010. The renewal of my license is valid through November 21, 2012. I appraised the Subject Property on November 3, 2010.

2. I earned my appraiser's license for demonstrated competency in valuing the type of property that is the subject of this Declaration. I have personal knowledge of the facts set forth below

-1-

DECLARATION OF LESLIE A. PUPPO RE APPRAISAL OF PROPERTY LOCATED AT
10133 FAIRWAY DRIVE, KELSEYVILLE, CA
Case: 10-11995   Doc# 38   Filed: 11/29/10   Case No. 10-11995   Entered: 11/29/10 19:04:03   Page 1 of 16

1 and if called to testify as a witness, I could and would competently testify thereto, except as to those
2 matters stated on information and belief.

3     3. As mentioned above, I appraised the Subject Property on November 3, 2010. Attached
4 hereto as Exhibit A is a true and correct copy of my appraisal.

5     4. The Subject Property is a three bedroom, two bath, 1,783 square foot home. The design
6 style is manufactured. In this case, I considered the market approach to be the best indicator of
7 property value. Based on three comparable properties, I appraised the Subject Property at $120,000.
8 No more representative or more recent closed sales were known to me as of the effective date of my
9 report on the appraisal of the Subject Property.

10 I declare under penalty of perjury under the laws of the State of California that the foregoing is
11 true and correct.

13 DATED: November 29, 2010    By: /s/ Leslie A. Puppo
    LESLIE A. PUPPO

-2-

DECLARATION OF LESLIE A. PUPPO RE APPRAISAL OF PROPERTY LOCATED AT
10133 FAIRWAY DRIVE, KELSEYVILLE, CA

# EXHIBIT A

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 10133 Fairway Drive |
| City | Kelseyville |
| State | CA |
| Zip | 95451-9573 |
| Owner of Public Record | Charles Downie |
| County | Lake |
| Legal Description | See Attached Addendum |
| Assessor's Parcel # | 043-573-220-000 |
| Tax Year | 2010 |
| R.E. Taxes $ | 2,432.26 |
| Neighborhood Name | Clearlake Riviera |
| Map Reference | n/a |
| Census Tract | 0009.00 |
| Property Rights Appraised | [X] Fee Simple  [ ] Leasehold  [ ] Other (describe) |

My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Prior Sale/Transfer: Date            Price            Source(s)

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)   The subject has not sold in the last three years, this has no impact on the current market value.

## SALES HISTORY

Offerings, options and contracts as of the effective date of the appraisal   The appraiser is unaware of any current offerings, options, or contracts on the subject property.

## NEIGHBORHOOD

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban  [X] Suburban  [ ] Rural | Property Values: [ ] Increasing  [ ] Stable  [X] Declining | PRICE / AGE | One-Unit 75% |
| Built-Up: [ ] Over 75%  [X] 25-75%  [ ] Under 25% | Demand/Supply: [ ] Shortage  [ ] In Balance  [X] Over Supply | $(000) / (yrs) | 2-4 Unit 5% |
| Growth: [ ] Rapid  [X] Stable  [ ] Slow | Marketing Time: [ ] Under 3 mths  [X] 3-6 mths  [ ] Over 6 mths | 60 Low / 0 | Multi-Family % |
| | | 850 High / 40 | Commercial 20% |
| | | 150 Pred. / 10 | Other % |

Neighborhood Boundaries   See Attached Addendum

Neighborhood Description   The commercial outlets are along Soda Bay Road, near the junction of Point Lakeview Road. The shoreline of Clear Lake forms the North border. There is a golf course within the community.

Market Conditions (including support for the above conclusions)   Property values appear to be declining, due to an abundance of active listings and a significant number of bank owned properties.

## SITE

| Field | Value |
|---|---|
| Dimensions | See attached plat map |
| Area | 12,000+/- sf |
| Shape | Almost Rectangular |
| View | Distant Lake |
| Specific Zoning Classification | R1-RD |
| Zoning Description | Residential |
| Zoning Compliance | [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe) |

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No   If No, describe.

| Utilities | Public | Other (describe) |   | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | |
| Gas | | [X] Propane/Typical | Sanitary Sewer | | [X] Septic/Typical | Alley None | | |

Site Comments   As it exists, the subject site is in compliance with local zoning laws and conforms to local use patterns. While uses can change over time, local trends and market evidence would suggest that a single family residence will continue to be the most probable use for this site and is the highest and best use for the subject property. There are no known or observed adverse easements, encroachments, or other adverse conditions noted on the subject site.

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units: [X] One  [ ] One w/Acc. unit | [ ] Concrete Slab  [X] Crawl Space | Foundation Walls: Concrete/Avg | Floors: Carpet,Vinyl/Avg |
| # of Stories: One | [ ] Full Basement  [ ] Partial Basement | Exterior Walls: Masonite/Avg | Walls: Sheetrock/Avg |
| Type: [X] Det.  [ ] Att.  [ ] S-Det./End Unit | Basement Area: 0.0000 sq. ft. | Roof Surface: Comp Shingle/Avg | Trim/Finish: Wood/Avg |
| [X] Existing  [ ] Proposed  [ ] Under Const. | Basement Finish: % | Gutters & Downspouts: Metal/Avg | Bath Floor: Carpet/Avg |
| Design (Style): Manufactured | [ ] Outside Entry/Exit  [ ] Sump Pump | Window Type: Vinyl/Avg | Bath Wainscot: Fiberglass/Avg |
| Year Built: 2004 | | Storm Sash/Insulated: Yes/Avg | Car Storage: [ ] None |
| Effective Age (Yrs): 5 yr | | Screens: Yes/Avg | [X] Driveway  # of Cars 4 |
| Attic: [X] None | Heating: [X] FWA  [ ] HW  [ ] Radiant | Amenities: [ ] WoodStove(s) # | Driveway Surface: Concrete |
| [ ] Drop Stair  [ ] Stairs | [ ] Other  Fuel: Propane | [ ] Fireplace(s) #  [ ] Fence | [X] Garage  # of Cars 2 |
| [ ] Floor  [ ] Scuttle | Cooling: [ ] Central Air Conditioning | [X] Patio/Deck  [X] Porch | [ ] Carport  # of Cars |
| [ ] Finished  [ ] Heated | [ ] Individual  [ ] Other | [ ] Pool  [X] Other Bonus | [X] Att.  [ ] Det.  [ ] Built-in |
| Appliances: [P] Refrigerator  [X] Range/Oven  [ ] Dishwasher  [ ] Disposal  [ ] Microwave  [ ] Washer/Dryer  [ ] Other (describe) | | | |

Finished area above grade contains:   7 Rooms   3 Bedrooms   2 Bath(s)   1,783 Square Feet of Gross Living Area Above Grade

Additional Features   There is a large storage area under the house. There is a bonus room above the garage, which is access from a staircase on the rear of the garage.

Comments on the Improvements   Utility of the floor plan is typical for a house of this age and style and should receive average acceptance in the marketplace. No obvious physical, functional, or external repairs, modernization, or other factors observed that could adversely

Case: 10-11005  Doc# 30  Filed: 09/30/10  Entered: 10/20/10 13:04:03  Page 4 of 16

| Data Source(s) | Inspection | MLS#113685 | | MLS#112112 | | MLS#111219 | |
|---|---|---|---|---|---|---|---|
| Verification Source(s) | County records | Doc#10-15634/DOM 113 | | Doc#10-11441/DOM 7 | | Doc#10-9678/DOM 206 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | Cash | | Cash | | Conventional | |
| Concessions | | None known | | None known | | None known | |
| Date of Sale/Time | n/a | 10/07/2010 | | 07/30/2010 | | 06/30/2010 | |
| Location | Suburban | Suburban | | Suburban | | Suburban | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 12,000+/- sf | 7,000+/-sf | | 14,191+/- sf | | 8,500+/- sf | |
| View | Distant Lake | Neighborhood | +2,500 | Lakeview | | Distant Lake | |
| Design (Style) | Manufactured | Manufactured | | Manufactured | | Manufactured | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 6 yr/E 5 yr | 6 yr/E 5 yr | | 20 yr/E 10 yr | +5,000 | 5 yr/E 5 yr | |
| Condition | Average | Average- | +5,000 | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2 | Total 7 / Bdrms 3 / Baths 2 | | Total 7 / Bdrms 2 / Baths 2 | | Total 6 / Bdrms 3 / Baths 2 | |
| Gross Living Area 30.00 | 1,783 sq. ft. | 1,260 sq. ft. | 15,690 | 1,620 sq. ft. | 4,890 | 1,389 sq. ft. | 11,820 |
| Basement & Finished Rooms Below Grade | Storage | 00 | +2,000 | 00 | +2,000 | 00 | +2,000 |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | EFWA/None | GFWA/None | | Radiant/WAC | | GFWA/CAC | -1,000 |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | DAG+Bonus | DAG | +5,000 | DAG | +5,000 | DAG | +5,000 |
| Porch/Patio/Deck | Deck,Porch | Porch | +1,500 | Deck,Porch | | Porch,Deck | |
| | No Fence | No Fence | | Fence | -2,000 | No Fence | |
| Net Adjustment (Total) | | [X]+ [ ]- $ | 31,690 | [X]+ [ ]- $ | 14,890 | [X]+ [ ]- $ | 17,820 |
| Adjusted Sale Price of Comparables | | Net Adj. 42.3% Gross Adj. 42.3% $ | 106,690 | Net Adj. 12.9% Gross Adj. 16.4% $ | 129,890 | Net Adj. 14.9% Gross Adj. 16.5% $ | 137,820 |

Summary of Sales Comparison Approach    After a thorough search of all available market data the sales used are considered to be the best indicators of value available. Sales #1 & 2 were bank owned properties. Sale #2 is located in a nearby neighborhood. It is similar in size and view to the subject. Sale #3 is smaller, but similar in age. All sales were considered as collective indicators of value and were weighted accordingly in the final reconciliation. Appropriate adjustments have been made for all differences. No more representative or more recent closed sales were known to the appraiser as of the effective date of this report.

Discussion of methods and techniques employed, including reason for excluding an approach to value:    The Market Approach is considered to be the best indicator of value for this property and is given the greatest weight in the final reconciliation. The Cost Approach is of little value, currently properties are selling below the reproduction cost. The Income Approach is not applicable due to the property being owner occupied. This report is a summary appraisal report, which is in compliance with UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE.

Reconciliation comments: _____

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report as of    11/03/2010    , which is the effective date of this appraisal, is:
[X] Single point $ 120,000    [ ] Range $ _____ to $ _____    [ ] Greater than    [ ] Less than $ _____

This appraisal "as is", subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,

Case: X0-11995    Doc#:36    Filed: 11/29/10    Entered: 11/29/10 19:04:06    Page 5 of 16

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Data Source(s) | Inspection | | | | | | |
| Verification Source(s) | County records | | | | | | |
| Sale or Financing Concessions | | | | | | | |
| Date of Sale/Time | n/a | | | | | | |
| Location | Suburban | | | | | | |
| Leasehold/Fee Simple | Fee Simple | | | | | | |
| Site | 12,000+/- sf | | | | | | |
| View | Distant Lake | | | | | | |
| Design (Style) | Manufactured | | | | | | |
| Quality of Construction | Average | | | | | | |
| Actual Age | 6 yr/E 5 yr | | | | | | |
| Condition | Average | | | | | | |
| Above Grade Room Count | Total 7 / Bdrms. 3 / Baths 2 | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Gross Living Area 30.00 | 1,783 sq. ft. | sq. ft. | | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | Storage | | | | | | |
| Functional Utility | Typical | | | | | | |
| Heating/Cooling | EFWA/None | | | | | | |
| Energy Efficient Items | Typical | | | | | | |
| Garage/Carport | DAG+Bonus | | | | | | |
| Porch/Patio/Deck | Deck,Porch | | | | | | |
| | No Fence | | | | | | |
| Net Adjustment (Total) | | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Data Source(s) | Inspection | | | | | | |
| Verification Source(s) | County records | | | | | | |
| Sale or Financing Concessions | | | | | | | |
| Date of Sale/Time | n/a | | | | | | |
| Location | Suburban | | | | | | |
| Leasehold/Fee Simple | Fee Simple | | | | | | |
| Site | 12,000+/- sf | | | | | | |
| View | Distant Lake | | | | | | |
| Design (Style) | Manufactured | | | | | | |
| Quality of Construction | Average | | | | | | |
| Actual Age | 6 yr/E 5 yr | | | | | | |
| Condition | Average | | | | | | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2 | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Gross Living Area 30.00 | 1,783 sq. ft. | sq. ft. | | sq. ft. | | sq. ft. | |
| Basement & Finished Rooms Below Grade | Storage | | | | | | |
| Functional Utility | Typical | | | | | | |
| Heating/Cooling | EFWA/None | | | | | | |
| Energy Efficient Items | Typical | | | | | | |
| Garage/Carport | DAG+Bonus | | | | | | |
| Porch/Patio/Deck | Deck,Porch | | | | | | |
| | No Fence | | | | | | |
| Net Adjustment (Total) | | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 | [X]+ [ ]- $ | 0 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 | Net Adj. 0.0% Gross Adj. 0.0% $ | 0 |

**SALES COMPARISON APPROACH**

Summary of Sales Comparison Approach

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

Additional Certifications:

Definition of Value: [X] Market Value  [ ] Other Value: _____
Source of Definition: FIRREA

ADDRESS OF THE PROPERTY APPRAISED:
10133 Fairway Drive
Kelseyville, CA 95451-9573
EFFECTIVE DATE OF THE APPRAISAL: 11/03/2010
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 120,000

APPRAISER
Signature: [signed]
Name: Leslie Puppo
State Certification # AR027616
or License # _____
or Other (describe): _____  State #: _____
State: California

SUPERVISORY APPRAISER
Signature: _____
Name: _____
State Certification # _____
or License # _____
State: _____
Expiration Date of Certification or License: _____

Case: 10-11995    Doc# 38    Filed: 11/29/10    Entered: 11/29/10 19:04:03    Page 9 of 16

Lot D, formerly known as Lot 17 & 18, Block 39, as shown on that certain map entitled "Clearlake Riviera Unit No. 4" filed in the office of the County Recorder of sa__ Lake County on June 15, 1965 in Book 8 of To__ Maps at pages 42 to 46, inclusive, pursuant to Notice of Merger, __corded March 18, 2003 Instrument #03-00827_ Lake County Records.

**Neighborhood Boundaries**
The neighborhood is the community of Clear Lake Riviera, which is clustered around Soda Bay Road running North/South and Point Lakeview running East/West.

## GROSS LIVING AREA (GLA) 1,783

| Area | Area | % of GLA | % of |
|---|---|---|---|
| Living | 1,783 | | 100.00 |
| Level 1 | 1,783 | 100.00 | 100.00 |
| Level 2 | 0 | 0.00 | 0.00 |
| Level 3 | 0 | 0.00 | 0.00 |
| Other | 936 | 52.50 | 52.50 |

GBA ☐

| | Area | | |
|---|---|---|---|
| Basement ☐ | 0 | | |
| Garage ☐ | 480 | | |
| ☐ | | | |

## Area Measurements | Area Type

| Measurements | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
|---|---|---|---|---|---|---|---|---|
| 27.00 x 7.50 | x 1.00 = | 202.50 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 21.00 x 6.00 | x 1.00 = | 126.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6.00 x 6.00 | x 0.50 = | 18.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4.24 x 4.24 | x 0.50 = | 9.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2.50 x 2.50 | x 0.50 = | 3.13 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 24.50 x 2.50 | x 1.00 = | 61.25 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 48.00 x 27.00 | x 1.00 = | 1,296.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 13.50 x 4.00 | x 1.00 = | 54.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3.00 x 2.00 | x 1.00 = | 6.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2.00 x 3.50 | x 0.50 = | 3.50 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2.00 x 3.50 | x 0.50 = | 3.50 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 24.00 x 20.00 | x 1.00 = | 480.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Case: 10-11995    Doc# 38    Filed: 11/29/10    Entered: 11/29/10 19:04:03    Page 11 of 16

| Area Measurements | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|
| Measurements | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| ___ x | ___ x | = ___ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| ___ x | ___ x | = ___ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(blank form — all measurement, factor, and total fields are empty; all checkboxes in Level 1, Level 2, Level 3, Other, Bsmt., and Garage columns are unchecked)

Case: 10-11995 Doc# 38 Filed: 11/29/10 Entered: 11/29/10 19:04:03 Page 12 of 16


Case: 10-11995   Doc# 38   Filed: 11/29/10   Entered: 11/29/10 19:04:03   Page 13 of 16




Case: 10-11995    Doc# 38    Filed: 11/29/10    Entered: 11/29/10 19:04:03    Page 15 of 16

Business, Transportation & Housing Agency

# STATE OF CALIFORNIA
# OFFICE OF REAL ESTATE APPRAISERS
# REAL ESTATE APPRAISER LICENSE

OREA APPRAISER IDENTIFICATION NUMBER: AR027616

## LESLIE A. PUPPO

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OFFICE OF REAL ESTATE APPRAISERS

Bob Clark

Date Issued: November 22, 2008
Date Expires: November 21, 2010

Audit No. 112431