Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008
Beck Law P.C.
2681 Cleveland Avenue
Santa Rosa CA 95403
Phone: 707-576-7175
Fax: 707-576-1878

Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No.10-11995 |
| Charles Denis Downie and Lydia Downie | Chapter 13 |
| Debtor(s) | MOTION FOR ORDER DETERMINING VALUE OF SECURED CLAIM AND FOR ORDER AVOIDING LIEN; DECLARATION OF DEBTOR |

To: AMERICAN GENERAL FINANCE:

Charles Denis Downie and Lydia Downie, Debtor(s) herein, hereby move the Court for an order determining the value of the secured claim of American General Finance ("Junior Lienholder") as zero dollars ($0) and for an order avoiding the second priority lien of Junior Lienholder upon Debtor's discharge. In support of this motion, Debtor(s) represent:

1. This Chapter 13 case was commenced by voluntary petition on May 26, 2010.

2. Debtor(s) are the owners of real property located at 10133 Fairway Dr , Kelseyville, CA 95451 (APN: 043-573-22) (hereinafter the "Real Property").

3. On or about 3/01/04, Debtors borrowed a sum of money from Dp Vet Affairs ("Senior Lienholder"). In exchange, debtors gave the lender a Promissory Note with loan number 934328

and granted it a first priority security interest in the Real Property which was recorded as a first Deed of Trust. As of filing, the balance owed under the Note to the Senior Lienholder is approximately $178,328.46.

4. On or about 7/07/06, Debtors borrowed an additional sum of money from American General Finance ("Junior Lienholder"). In exchange, debtors gave the Junior Lienholder a Promissory Note with Loan No. 7062569000667204 and granted it a second priority security interest in the Real Property which was recorded as a first Deed of Trust which was recorded as a Deed of Trust in the Lake County Recorder's Office on 7/12/2006, as Instrument No. 2006018294. At the time of the filing of the petition, the balance owed under the note to the Junior Lienholder is approximately $44,786.63.

5. On or about November 29, 2010, Appraiser Leslie A. Puppo conducted an appraisal of the property and concluded that the property is worth $120,000. A copy of Ms. Puppo's appraisal and declaration was filed with the court on November 29, 2010 as Document #38..

6. The second priority claim of Junior Lienholder is wholly unsecured pursuant to Section 506(a) because the value of the Real Property is less than the balance owed under the first priority Note and Deed of Trust. 11 U.S.C. § 506(a). As such, the second priority lien of Junior Lienholder is subject to avoidance upon Debtor(s)' successful completion of their Chapter 13 Plan. 11 U.S.C. § 1322(b)(2).

WHEREFORE, Debtors request that the Court enter an order disallowing the secured claim of American General Finance, and for an order avoiding the lien of American General Finance upon completion of the debtors Chapter 13 Plan and bankruptcy discharge.

Date: January 13, 2011        /s/ Dan B. Beck_____
                               Dan B Beck
                               Attorneys for Debtor(s)

# DECLARATION OF CHARLES DOWNIE

I, CHARLES DOWNIE am the debtor described in the above motion. Based on my personal knowledge and my examination of the documents described above I declare under penalty of perjury that the facts described in the above motion are true and correct to the best of my knowledge information and belief.

Date: January 13, 2011

                                              <u>/s/ Charles Downie</u>
                                              Charles Downie