SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
A.334-104S

Attorneys for Secured Creditor
AMERICAN GENERAL FINANCIAL SERVICES, INC.

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| CHARLES DENIS DOWNIE and LYDIA DOWNIE,<br><br>Debtors. | Bk. No. 10-11995-AJ<br><br>Chapter 13<br><br>OPPOSITION TO DEBTORS' MOTION TO AVOID LIEN AND REQUEST FOR HEARING<br><br>Hearing-<br>Date: HEARING REQUESTED<br>Time<br>Place: Bankruptcy Court<br>      99 S E Street<br>      Santa Rosa, CA |

AMERICAN GENERAL FINANCIAL SERVICES, INC. ("Lender") hereby submits this Opposition to Debtor's Motion to Avoid Lien and Request for Hearing. This Opposition is based on the pleadings and records on file in this matter as well as the within Memorandum.

I.

FACTS

1. Lender is the current payee of a Promissory Note Dated July 7, 2006, in the principal amount of $41,072.00 (the "Note") secured by a Second Deed of Trust of same

| | |
|---|---|
| 1 | date, which bears interest as specified therein. The original Note is held by Lender and a copy is |
| 2 | attached hereto as Exhibit "A" and is incorporated herein by reference. |
| 3 |     2. The indebtedness evidenced by the Note is secured by a Deed of Trust |
| 4 | executed and recorded in Lake County and which encumbers the real property located at **10133** |
| 5 | **Fairway Drive, Kelseyville, CA 95451** (the "Property"). |
| 6 |     3. Pursuant to the Debtors' Motion to Avoid Lender's Lien, Debtors assert |
| 7 | that the Property is worth approximately $120,000.00. In addition, Debtors assert a lien on the |
| 8 | Property in favor of Dp Vet Affairs ("Senior Lienholder") in the total amount of $178,328.46. |
| 9 |     4. Lender asserts that the value of the Property is in excess of $178,328.46. |
| 10 | Lender has been working with Debtors' Counsel and Lender has an appraisal scheduled for |
| 11 | Monday, February 7, 2011 at 12:00 p.m. at which point, Lender believes the updated value of the |
| 12 | Property will be sufficient to show the value exceeds the liens. |

II.

MEMORANDUM OF POINTS AND AUTHORITIES

The burden is on the Debtors to show that a lien impairs an exemption and that the lien should be avoided (See <u>Mohring v. Avco Financial Services,</u> (In Re Mohring) (1994 U.S. App Lexis 11091).

A hearing should be set on valuation and Debtors' Motion to Avoid Lien should be denied in the absence of evidence that the Lien of Lender impairs the exemption.

SCHEER & IMFELD, LLP

Date: <u>February 3, 2011</u>　　　　　　　/s/Reilly D. Wilkinson
　　　　　　　　　　　　　　　　　　　　　　#250086