SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
JONATHAN SEIGEL #168224
SCHEER LAW GROUP, LLP
155 N. REDWOOD DRIVE, SUITE 100
SAN RAFAEL, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
A.334-104S

Attorneys for Secured Creditor
SPRINGLEAF FINANCIAL SERVICES, INC.
(Formerly known as American General Financial Services, Inc.)

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>CHARLES DENIS DOWNIE and LYDIA DOWNIE,<br><br>Debtors. | Bk. No. 10-11995-AJ<br><br>Chapter 13<br><br>NOTICE OF WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF DEBTORS' AMENDED PLAN OF JULY 22, 2010.<br><br>Hearing-<br>Date: March 24, 2011<br>Time: 10:00 a.m.<br>Place: Bankruptcy Court<br>      99 South "E" Street<br>      Santa Rosa, CA |

      PLEASE TAKE NOTICE that Secured Creditor SPRINGLEAF FINANCIAL SERVICES, INC., (formerly known as American General Financial Services, Inc.) hereby withdraws its OBJECTIONS TO CONFIRMATION OF DEBTORS' AMENDED PLAN OF JULY 22, 2010, filed with this Court on August 10, 2010, Docket No. 26.

                                          SCHEER LAW GROUP, LLP

Date: March 23, 2011                             /s/ Reilly D. Wilkinson
                                                              #250086