TIMOTHY J. SILVERMAN, ESQ., BAR NO. 145264
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Creditor
CAPITAL ONE AUTO FINANCE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CHARLES DOWNIE,

            Debtor.

Case No: 10-11995-AJ-13

Chapter 13

**EX PARTE NON-NOTICED MOTION TO RESTRICT ACCESS TO PROOF OF CLAIM**

**[CLAIM NO. 1]**

TO: THE CLERK OF THE COURT FOR THE UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF CALIFORNIA

CAPITAL ONE AUTO FINANCE, a creditor of the above named Debtors and the Movant herein ("COAF"), respectfully submits the following Motion to Restrict Access to the following Proof of Claim:

    Claimant:    Capital One Auto Finance

    Claim No.:    1

    Amount:    $17,279.50

    Date Filed:    June 14, 2010

///

1
Ex Parte Non-Noticed Motion to Restrict Access to Proof of Claim
Case: 10-11995   Doc# 56   Filed: 03/25/11   Entered: 03/25/11 10:27:07   Page 1 of 2

This Proof of Claim and/or the attachments to the Proof of Claim contain confidential information such as social security number(s), loan numbers and other private information that should not be divulged to the general public.

Bankruptcy Code §107(c) and Federal Rule of Bankruptcy Procedure Rule 9037 (a)(1), (2) and (4) codify the power of the Bankruptcy Court to protect against identity theft by restricting identification information about a debtor in papers filed or about to be filed in a case.

Wherefore, CAPITAL ONE AUTO FINANCE respectfully requests that this court immediately Restrict Public Access to the Proof of Claim described herein.

Dated: March 25, 2011

            SOLOMON, GRINDLE, SILVERMAN & WINTRINGER, APC

            By:_____
            Timothy J. Silverman, Esq.
            Attorneys for Claimant,
            CAPITAL ONE AUTO FINANCE

H:\COMMON\TJS\R\RAMSEY\Seal Project\Northern\Downie 4\Motion Restrict Access to POC.wpd