ROBERT D. WILSON (SBN 136736)
Deputy Secretary and Chief Counsel
California Department of Veterans Affairs
1227 "O" Street, Room 306
Sacramento, California 95814
Telephone: (916) 653-2539
Facsimile: (916) 653-2454

Attorney for Creditor
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In the Matter of<br><br>CHARLES DENIS DOWNIE and<br>LYDIA DOWNIE,<br><br>Debtors. | Case No. 10-11995<br>Chapter 13<br><br>CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS' OBJECTION TO THE AMENDED CHAPTER 13 PLAN DATED MARCH 18, 2011<br><br>Date: April 4, 2011<br>Time: 1:30 p.m.<br>Place: 99 E Street, Santa Rosa, CA<br>Judge: Honorable Alan Jaroslovsky<br><br>Petition Filed: May 26, 2010 |

The California Department of Veterans Affairs ("CDVA" or "Department") hereby objects to the confirmation of Debtors' Amended Chapter 13 Plan dated March 18, 2011.

## INTRODUCTION

Since the Debtor's filed their Chapter 13 Voluntary Petition on May 26, 2010, they have amended their Chapter 13 plan six times.[1] The CDVA had accepted the February 2, 2010 version. For some reason the Debtors have once again amended the plan.

---

[1] July 14, 2010 (Docket 15), July 22, 2010 (Docket 20), December 3, 2010 (Docket 43), December 15, 2010 (Docket 45), February 2, 2011 (Docket 51) and March 18, 2011 (Docket 53).

-1-

CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS' OBJECTION TO
THE AMENDED CHAPTER 13 PLAN DATED MARCH 18, 2011
Case No. 10-11995

Schedule J provides that the Debtors have a net disposable income of $899.21/month, which allows them to make a total payment of $53,952.60 over the life of their Chapter 13 plan. Under the February 2, 2011 plan the Debtors would have paid a total of $51,756. Under their March 18, 2011 plan, Debtors are offering to pay $46,656.00 – $7,296.60 less than the net disposable income stated in Schedule J and a $5,100 less than the February 2, 2011 plan.

## OBJECTIONS TO PLAN

**The March 18, 2011 Plan Does Not Apply All Projected Disposable Income to Unsecured Claims.**

Under 11 U.S.C. section 1325(b)(1)(B), a Chapter 13 plan must provide that "all of the debtor's projected disposable income… will be applied to make payments to unsecured creditors under the plan." Under their March 18, 2011 plan, Debtors are offering to pay just $46,656.00 – $7,296.60 less than the net disposable income stated in Schedule J and a $5,100 less than the February 2, 2011 plan. The March 18, 2011 plan is therefore objectionable because it does not conform to the governing Schedule J. Pursuant to 11 U.S.C. section 1325(b)(1)(B), the March 18, 2011 plan should not be confirmed.

Dated: April 1, 2011     Respectfully submitted,

              ROBERT D. WILSON
              Deputy Secretary and Chief Counsel
              CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS

            By_____/s/ Robert D. Wilson_____
              ROBERT D. WILSON, Chief Counsel
              Attorney for Creditor
              The California Department of Veterans Affairs

-2-
CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS' OBJECTION TO
THE AMENDED CHAPTER 13 PLAN DATED MARCH 18, 2011
Case No. 10-11995

Case: 10-11995   Doc# 58   Filed: 04/01/11   Entered: 04/01/11 14:49:00   Page 2 of 2