1

Daniel B. Beck, SBN 63865
Evan Livingstone, SBN 252008

2

Beck Law P.C.
2681 Cleveland Avenue

3

Santa Rosa CA 95403
Phone: 707-576-7175

4

Fax: 707-576-1878

5

Attorneys for Debtors

**Signed: April 18, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge

6

7

8

UNITED STATES BANKRUPTCY COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

In re:                                          Case No.      10-11995

11

Charles Denis Downie and Lydia Downie           Chapter       13
            Debtor(s)

12

_____/

13

ORDER GRANTING MOTION TO VALUE LIEN AS $0

14

AND AVOID LIEN UPON DISCHARGE OF DEBTOR

15

On September 17, 2010 Debtor filed a motion to value and avoid the junior lien of

16

California Department of Veterans Affairs (hereinafter Lienholder) against the property

17

commonly known as 10133 Fairway Dr, Kelseyville, CA 95451, Lake County AP #043-573-22,

18

which lien secures an Improvement Advance Contract No. 970512 which was made between

19

debtor and Junior Lienholder debtor on October 15, 2007 and was filed as claim # 4 in this

20

bankruptcy (hereinafter the Lien).

21

On November 29, 2011 Junior Lienholder filed document #36 withdrawing Junior

22

Lienholder's opposition to Debtor's motion to value and avoid Junior Lienholder's Lien.

23

Therefore he court hereby orders as follows:

24

//

1    (1) For purposes of Debtor's chapter 13 plan only, the Junior Lien of California
2  Department of Veterans Affairs is valued at zero dollars ($0), does not have a secured claim, and
3  the Junior Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.
4    (2) This order shall become part of Debtor's confirmed chapter 13 plan.
5    (3) Upon entry of a discharge in Debtor's chapter 13 case, the Junior Lien shall be voided
6  for all purposes, and upon application by Debtor, the court will enter an appropriate form of
7  judgment voiding the Junior Lien.
8    (4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter
9  before Debtor obtains a discharge, this order shall cease to be effective and the Junior Lien shall
10  be retained to the extent recognized by applicable non-bankruptcy law, and upon application by
11  the lienholder, the court will enter an appropriate form of order restoring the Junior Lien.
12    (5) Except as provided by separate, subsequent order of this court, the Junior Lien may
13  not be enforced so long as this order remains in effect.

**\*\* END OF ORDER \*\***