

**Signed: June 10, 2011**

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

1 DAVID BURCHARD
CHAPTER 13 TRUSTEE
2 P.O. BOX 8059
FOSTER CITY, CA 94404
3 TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500
4

5

6                 UNITED STATES BANKRUPTCY COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

10 In re:                                             Case No.: 10-1-1995AJ13

11 CHARLES DENIS and LYDIA DOWNIE

12                        Debtor(s)

15                  <u>ORDER CONFIRMING CHAPTER 13 PLAN</u>

17      After a hearing on, April 4, 2011, and it appearing that the Chapter 13 Amended Plan in this
18 case meets the requirements of § 1325(a) of the Bankruptcy Code,

20     **IT IS ORDERED** that the Amended Plan dated March 18, 2011 is confirmed.

22     **PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

23   1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to
24 exception to discharge pursuant to 11 U.S.C. § 523 shall be adjudicated to be discharged or not
25 discharged except in an adversary proceeding;

27   2. No lien on real property shall be removed, avoided, stripped, limited, modified, valued, altered,
28 compromised or extinguished, except by adversary proceeding pursuant to Rule 7001(2) of the Federal

-1-

Rules of Bankruptcy Procedure or contested matter pursuant to Rule 3012 of the Federal Rules of Bankruptcy Procedure; and

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1) California Department of Veterans Affairs hereby withdraws its objection to confirmation of Chapter 13 Plan, filed on December 29, 2010.

Concurred as to special provisions content

/s/ Daniel B. Beck

DANIEL B. BECK

Attorney for Debtor(s)

/s/ Robert D. Wilson

ROBERT D. WILSON

Attorney for California Department of Veterans Affairs

**\*\*END OF ORDER\*\***