B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Northern District Of California (Santa Rosa)

In re CHARLES DENIS DOWNIE
LYDIA DOWNIE                    ,           Case No.   10-11995

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Vanda, LLC                                              Candica, LLC
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee should be sent:

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Phone:  (877) 332-3543
Last Four Digits of Acct #:   5183

Name and Address where transferee payments should be sent (if different from above):
Vanda, LLC
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA  98124

Phone:  (877) 332-3543
Last Four Digits of Acct #:   5183

Court Claim # (if known):   13
Amount of Claim:   $877.90
Date Claim Filed:   September 1, 2010

Phone:
Last Four Digits of Acct #:   5183

Seller Information
Candica, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Lourdes R. Slinsky, Attorney              Date:  March 13, 2013
     Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*