```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                    Case No. 10-11995-AJ
Charles Denis Downie                                      Chapter 13
Lydia Downie
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0971-1      User: wbkarnes         Page 1 of 2        Date Rcvd: Apr 19, 2013
                          Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2013.
13041416      +Capital One, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 21, 2013**                         Signature: _Joseph Speetjens_

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2013 at the address(es) listed below:
          Alane A. Becket     on behalf of Creditor   eCAST Settlement Corporation notices@becket-lee.com
          Daniel B. Beck     on behalf of Debtor Charles Downie danbeck@becklaw.net
          David   Burchard     TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
          Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
          Reilly   Wilkinson    on behalf of Creditor   American General Finance rwilkinson@scheerlawgroup.com
          Robert D Wilson     on behalf of Creditor   California Department of Veterans Affairs
           robert.wilson@cdva.ca.gov, kathleen.lazarski@cdva.ca.gov
          Timothy J. Silverman     on behalf of Creditor   Ascension Capital Group tim@sgsslaw.com
                                                                                             TOTAL: 7
```

Case: 10-11995   Doc# 68   Filed: 04/21/13   Entered: 04/21/13 23:39:48   Page 2 of 3

210B (12/09)

# United States Bankruptcy Court

Northern District of California
Case No. 10-11995
Chapter 13

In re: Debtor(s) (including Name and Address)

Charles Denis Downie
10133 Fairway Dr
Kelseyville CA 95451

Lydia Downie
10133 Fairway Dr
Kelseyville CA 95451

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/18/2013.

Name and Address of Alleged Transferor(s):

Claim No. 3: Capital One, N.A., PO Box 12907, Norfolk, VA 23541

Name and Address of Transferee:

PRA Receivables Management LLC as agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/21/13

Gloria L. Franklin
**CLERK OF THE COURT**