1  Daniel B. Beck, SBN 63865
   Evan Livingstone, SBN 252008
2  Beck Law P.C.
   2681 Cleveland Avenue                **Signed: October 15, 2014**
3  Santa Rosa CA 95403
   Phone: 707-576-7175
4  Fax: 707-576-1878

   _____
   **ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

5  Attorneys for Debtors
   Charles Denis Downie and Lydia Downie

6

7

8               UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10  In re:                              Case No.    10-11995

11  Charles Denis Downie and Lydia Downie     Chapter    13
              Debtor(s)
12  _____/

13  **ORDER GRANTING MOTION TO VALUE LIEN OF CITFINANCIAL SERVICES INC.**

14         **AT $0 AND AVOID LIEN UPON DISCHARGE OF DEBTOR**

15         On July 22, 2010 Debtor filed a motion to value the lien of CitiFinancial Services Inc.

16  (hereinafter Lienholder) against the property commonly known as 10133 Fairway Dr,

17  Kelseyville, CA 95451, Lake County AP #043-573-22, which lien was recorded in the Lake

18  County Recorder's Office on or about 8/15/2007 as document 2007018931 (hereinafter the Lien).

19  The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed

20  to file an opposition to Debtor's motion, the court hereby orders as follows.

21         (1) For purposes of Debtor's chapter 13 plan only, the Lien of CitiFinancial Services Inc.

22  is valued at zero dollars ($0), does not have a secured claim, and the Lien may not be enforced,

23  pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

24         (2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

** END OF ORDER **