Form T13

| Case Number | United States Bankruptcy Court |
|---|---|
| 10–11995 AJ 13 | Northern District of California (Santa Rosa) |

## Order Discharging Trustee and Final Decree

| In re: | Charles Denis Downie and Lydia Downie | **SSN/Tax ID** | **Address of Debtor(s)** |
|---|---|---|---|
| | | xxx–xx–8334<br>xxx–xx–1653 | Charles Denis Downie<br>10133 Fairway Dr<br>Kelseyville, CA 95451<br><br>Lydia Downie<br>10133 Fairway Dr<br>Kelseyville, CA 95451 |

The plan of the debtor(s) having been fully performed, and the estate of the above–named debtor(s) having been fully administered, it is ordered as follows:

1. David Burchard, Chapter 13 Standing Trustee is discharged as trustee after having fully performed his duties; and his bond is canceled.

2. This chapter 13 case is closed.

| | By the Court: |
|---|---|
| 99 South "E" Street<br>Santa Rosa, CA 95404 | Alan Jaroslovsky |
| | United States Bankruptcy Judge     **Date:** 9/18/15 |